| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 25, inclusive,<br><br>Defendants. | No. 1:20-cv-01654-DAD-HBK<br><br>ORDER ENTERING JUDGMENT AGAINST DEFENDANTS AND DISMISSING ACTION<br><br>(Doc. No. 16) |

On May 4, 2021, plaintiff Yolanda Lopez filed a Notice of Acceptance with Offer of Judgment under Federal Rule of Civil Procedure 68 (the "Notice"), informing the court that the parties have reached a settlement resolving this action. (Doc. No. 16.)

Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial. Fed. R. Civ. P. 68(a). The opposing party must accept the offer through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id*

Here, defendant Costco Wholesale Corporation served plaintiff with a Rule 68 offer of judgment on April 16, 2021 in the amount of $10,000.00, inclusive of plaintiff's costs and fees. (Doc. No. 16 at 1–2.) Plaintiff accepted defendant's Rule 68 Offer of Judgment in writing on April 21, 2021. (Doc. No. 16 at 3.)

1

Accordingly,

1. The court hereby enters judgment against defendant and in favor of plaintiff in the amount of $10,000.00, pursuant to the terms of the Notice filed in this case on May 4, 2021 (Doc. No. 16); and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 5, 2021**

UNITED STATES DISTRICT JUDGE